toIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JAMAL BOWENS, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Civ. No. 2:26-cv-02912-SHL-cgc |
| | ) | Cr. No. 2:17-cr-20296-SHL |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER DIRECTING UNITED STATES TO RESPOND

On July 23, 2026, Movant Jamal Bowens, through counsel, filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. (ECF No. 1.)

It is **ORDERED**, pursuant to Rule 5(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts, that the United States file a response to the § 2255 Motion within twenty-eight days from the date of entry of this Order.

Pursuant to Rule 5(d), Movant may, if he chooses, submit a reply to Respondent's answer or response within twenty-eight days of service. Movant may request an extension of time to reply if his motion is filed on or before the due date of his reply. The Court will then address the merits of Movant's § 2255 Motion, or of any motion filed by Respondent.

**IT IS SO ORDERED**, this 3rd day of August, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE