**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JAMAL BOWENS, | ) | |
| Movant, | ) | |
| v. | ) | No. 2:26-cv-02912-SHL-atc |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Movant Jamal Bowens' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, (ECF No. 1), filed July 23, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting § 2255 Motion, (ECF No. 9), entered November 17, 2026, Movant's requested relief is **GRANTED**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 18, 2026
Date